IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| In re: EQUIPSOURCE, LLC, DEBTOR | Case No.: __2:25-bk-70367__ <br> CHAPTER 11 |

## LIST OF CREDITORS

Comes now, EquipSource LLC by and through its attorney, M. Sean Brister, of the Brister Law Firm, PLLC, and hereby submits its list of creditors on the attached exhibit hereby incorporated by reference.

                Respectfully submitted,

                /s/ M. Sean Brister
                M. SEAN BRISTER
                BRISTER LAW FIRM, PLLC
                P.O. Box 1451
                Alma, AR  72921
                (479) 632-2446
                (479) 632-2447 *facsimile*
                *sean@bristerlawfirm.com*
                ARKANSAS BAR NO.: 2003160

                *Attorney for EquipSource LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing motion has been served on those who receive notices and the attendant pleadings through the CM/ECF system with regard to the above captioned case on this the 13th day of March 2025.

/s/ M. Sean Brister
M. Sean Brister

Cadence Bank
1222 Rogers Avenue
Fort Smith, AR 72901


Chris McNulty
120 East Fourth Street
Little Rock, AR 72201


Larry Cotten
2205 Industrial Park Road
Van Buren, AR 72956

Averitt Express
PO Box 3166
Cookeville, TN  38502-3166